# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STACY L. SIMONSON, | : | |
| Plaintiff, | : | NO. 3:19-CV-00442 |
| | : | |
| -vs- | : | (MARIANI, J.) |
| | : | (MEHALCHICK, M.J.) |
| ANDREW SAUL, | : | |
| Commissioner of Social Security | : | |
| Defendant. | : | **[FILED VIA ECF]** |

AND NOW, this 7th day of October, 2019, upon consideration of the Defendant's Motion for Leave to File Supporting Memorandum in Excess of Fifteen Pages and for good cause shown therein, it is hereby ORDERED that Defendant's Brief may exceed the fifteen page limit or 5,000 word count established by Local Rule 7.8. Defendant's brief will consist of no more than 7,000 words.

_____
KAROLINE MEHALCHICK
United States Magistrate Judge