UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STACY L. SIMONSON, | : | |
| Plaintiff, | : | NO. 3:19-CV-00442 |
| | : | |
| -vs- | : | (MARIANI, J.) |
| | : | (MEHALCHICK, M.J.) |
| KILOLO KIJAKAZI, | : | |
| Acting Commissioner of | : | |
| Social Security, | : | |
| Defendant. [1] | : | **[FILED VIA ECF]** |

## ORDER

On Plaintiff's Motion for Attorney's Fees pursuant to § 206(b)(1) of the Social Security Act, 42 U.S.C. § 406(b)(1), and there being no objection by counsel for the Defendant, it is hereby

## ORDERED

as follows:

    1. That the Court authorizes a payment to Patrick J. Best, Esquire in the amount of Thirty-Three Thousand Nine Hundred and Seventy-One Dollars and 75/00 cents ($33,971.75) in attorney's fees being withheld from Plaintiff's past-due benefits for court-related services;

---

[1] Kilolo Kijakazi became the Acting Commissioner of Social Security on July 9, 2021. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Kilolo Kijakazi should be substituted, therefore, for Andrew Saul as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

2. Upon receipt of this sum, Plaintiff's counsel shall remit Five Thousand One Hundred dollars and 00/00 cents ($5,100.00) directly to Plaintiff, representing the sum already paid to Plaintiff's counsel on Plaintiff's behalf pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412.

ENTERED this 13th day of August, 2021.

BY THE COURT:

_____