IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STACY SIMONSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO. 3:19-CV-00442 |
| | ) | |
| KILOLO KIJAKAZI, | ) | (MARIANI J.) |
| Acting Commissioner of | ) | (MEHALCHICK, M.J.) |
| Social Security, | ) | |
| | ) | |
| Defendant. | ) | **[FILED VIA ECF]** |

## ORDER

On Motion of Plaintiff for attorney's fees pursuant to § 206(b)(1) of the Social Security Act, 42 U.S.C. § 406(b)(1), it is hereby ORDERED as follows. The Court authorizes additional payment in the amount of $16,980.75 in attorney's fees being withheld from Plaintiff's past-due benefits and/or Plaintiff's past-due auxiliary benefits for court related services to **Patrick J. Best, Esq.**, 18 N. 8th St., Stroudsburg, PA 18360. These fees shall supplement the fees authorized by Order on August 13, 2021 and the Order dated August 13, 2021 shall remain in full force and effect.

5/24/22
DATE